1
2
3
4          **UNITED STATES DISTRICT COURT**
5              **DISTRICT OF NEVADA**
6                      * * *
7    ANTONIO S. BAUTISTA,            )
                                     )    2:10-CV-01190-PMP-RJJ
8              Plaintiff,            )
                                     )
9    vs.                            )         **ORDER**
                                     )
10   QUEST DIAGNOSTICS,             )
                                     )
11                                  )
              Defendant.            )
12   _____ )

13          On July 26, 2010, Defendant Quest Diagnostics filed a Motion to Dismiss

14   Plaintiff's Complaint (Doc. #6).  Plaintiff Bautista has failed to file a timely response

15   thereto not withstanding notice from the Court (Doc. #7) of his obligation to do so.

16   Additionally, a reading of Defendant's motion to dismiss shows that Defendant is

17   entitled to the relief requested on the merits.

18          **IT IS THEREFORE ORDERED that** Defendant Quest Diagnostics

19   Motion to Dismiss Plaintiff's Complaint (Doc. #6) is **GRANTED** and the Clerk of

20   Court shall forthwith close this case.

21          **IT IS FURTHER ORDERED that** the hearing previously set (Doc. #10)

22   for November 1, 2010.

23

24   DATED:  September 8, 2010.

25
                                    _____
26                                  PHILIP M. PRO
                                    United States District Judge